**Memorandum Order issued August 27, 2019**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-19-00264-CV

—————————————

**JOHN QUINTEN GREENVILLE, Appellant**

**V.**

**RICARD B. BILLS AND S&P INTERESTS, LLC, Appellees**

On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Case No. 17-CV-1338

## MEMORANDUM ORDER

Appellant, John Quinten Greenville has filed a motion to dismiss appellee, S&P Interests, LLC. Counsel for appellee Richard B. Bills and appellee, S&P Interests, LLC do not oppose the motion.

Accordingly, we grant the motion and dismiss the portion of the appeal against S&P Interests, LLC. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). The appeal between appellant, John Quinten Greenville, and appellee, Richard B. Bills, remains pending. *See id.* 42.1(b).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.